# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0100. SHAKEYRA KYUNDRA BRADLEY v. SUJAN DASS.**

In this action to quiet title, on July 21, 2022, the superior court entered a final judgment in favor of plaintiff Sujan Dass and against various known and unknown entities and persons who might claim an adverse interest in the subject property. On September 19, 2025, Shakeyra Kyundra Bradley filed this discretionary application, seeking to appeal the superior court's order. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Bradley's application was filed more than three years after entry of the order she wishes to appeal. Thus, the application is untimely and is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/03/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*